

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X BROOKLYN OFFICE

GOVERNMENT EMPLOYEES INSURANCE CO., : 11-CV-4261 (ARR) (RER)
GEICO INDEMNITY CO., GEICO GENERAL :
INSURANCE COMPANY, and GEICO CASUALTY CO., : NOT FOR ELECTRONIC
: OR PRINT PUBLICATION
Plaintiffs, :
: ORDER
-against- :
:
IAV MEDICAL SUPPLY, INC., VADIM IZRAILOV, :
SERGEY AKOPYAN, NEW CAPITAL SUPPLY, INC., :
ILYA TAMAYEFF, POWER SUPPLY, INC., and :
RUBEN LEVY, :
:
the "Retail Defendants," :
:
-and- :
:
VZ GROUP, INC., VADIM ZALOGIN, FRAZIER :
TRADING COMPANY, INC., VLADISLAV :
AGUVAYEV, GLOBAL BEST DEAL, INC., SERGEY :
MEZKULA, MIKOS TRADING, INC., JOHN DOE "1", :
(Identity presently unknown, but intended to be the owner :
of MIKOS Trading, Inc.) MIKS TRADING, INC., JOHN :
DOE "2", (Identity presently unknown, but intended to be :
the owner of MIKS Trading, Inc.) NEW STEP SERVICES, :
INC., JOHN DOE "3", (Identity presently unknown, but :
intended to be the owner of New Step Services, Inc.), :
:
the "Wholesale Defendants," :
:
Defendants. :
:
------------------------------------------------------------ X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated

February 8, 2013, from the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge. No

objections have been filed. Accordingly, the court has reviewed the Report and

1

Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

I therefore grant Plaintiffs' motions for default judgment. The Clerk of Court shall enter a judgment that Wholesale Defendants VZ Group, Inc.; Vadim Zalogin; Frazier Trading Company, Inc.; Vladislav Aguvayev; Global Best Deal, Inc.; Sergey Mezkula; MIKOS Trading, Inc.; MIKS Trading, Inc.; and New Step Services, Inc. are liable for aiding and abetting fraud, and that Retail Defendants Power Supply, Inc. and Ruben Levy are liable for common law fraud and unjust enrichment.

With regards to damages, Plaintiffs shall be awarded:

(1) $400,112.59 in compensatory damages and $113,176.60 in prejudgment interest, with $98.66 per diem from February 9, 2012, until the date of entry of judgment, against defendants VZ Group, Inc.; Vadim Zalogin, Frazier Trading Company, Inc.; Vladislav Aguvayev; Global Best Deal, Inc.; Sergey Mezkula, MIKOS Trading, Inc.; MIKS Trading, Inc.; and New Step Services, Inc., jointly and severally, for their participation in the IAV Scheme;

(2) $56,194.55 in compensatory damages and $10,005.20 in prejudgment interest, with $13.86 per diem from February 9, 2012, until the date of entry of judgment, against defendants VZ Group, Inc. and Vadim Zalogin, jointly and severally, for their participation in the New Capital Scheme;

(3) $37,492.23 in compensatory damages and $6,879.70 in prejudgment interest, with $9.24 per diem from February 9, 2012, until the date of entry of judgment, against defendants Power Supply, Inc.; Ruben Levy; VZ Group, Inc.; and Vadim Zalogin, jointly and severally, for their participation in the Power Supply Scheme.

In addition, the Clerk of Court shall enter a declaratory judgment that Plaintiffs are neither obligated to pay nor are liable for the outstanding claims submitted by Retail Defendant Power Supply, Inc.

SO ORDERED.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated:   February 27, 2013
         Brooklyn, New York